Per Curiam.

Motion denied.

[1]

 S. P. State v. Freeman, 1843, 13 N. H. 488; s. c. 2 Lead. Crim. Cas. 2d ed. 250; Commonwealth v. Smyth, 1853, 11 Cush. 473.
Contra, Webster’s Case, 1828, 5 Greenl. 432.
Nomaque v. People, 1825, Breese, 109, is sometimes cited as similar to *136 the decision in Webster’s Case; but it would seem that there was a statute in Illinois, requiring the indorsement “a true bill.” See 2d edition of Breese’s Rep., by Beecher, 145, n. 1.
Other cases bearing on this topic are cited in a note to State v. Freeman, in 2 Lead. Crim. Cas. 2d ed. 252, 253. See also 1 Bish. Cr. Pro., ed. 1866, §§ 136-141; State v. Burgess, 1857, 24 Mo. 381; People v. Lawrence, 1863, 21 Cal. 368; Townsend v. State, 1828, 2 Blackf. (Ind ) 151, 153.